MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-CR-0099-WHA |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| LAWRENCE R. GOLDFARB and, BAYSTAR CAPITAL MANAGEMENT | |
|     Defendant. | |

The parties appeared on May 29, 2012. At that hearing, the parties asked the case be continued to June 12, 2012 at 2:00 p.m.. The continuance was requested because defense counsel wanted to file a motion to withdraw. The parties also stipulated that the court should exclude time from May 29, 2012 to June 12, 2012 in calculating the time within which a trial must begin, on the grounds that the case is complex. (18 U.S.C. § 3161(h)(7)(ii)). This case is complex because it involves complicated financial transactions conducted over a period of several years.

SO STIPULATED

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA

Dated: June 8, 2012          MELINDA HAAG
United States Attorney

           S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated June 8, 2012         S/
STEVEN M KATZ
Attorney for Defendants

### [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from May 29, 2012 to June 12, 2012 is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex (18 U.S.C. § 3161(h)(7)(ii)).

**IT IS SO ORDERED**

Dated: June 11, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

Stip & Proposed Order Excluding Time
CR 11-0099 WHA        2