IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                          No. CR 11-00099 WHA

               Plaintiff,

  v.                                            **ORDER RE MOTION TO
                                                  WITHDRAW AS COUNSEL**

LAWRENCE R. GOLDFARB and BAYSTAR
CAPITAL MANAGEMENT, LLC,

               Defendants.
_____/

      Defense counsel of record from the Sideman & Bancroft LLP, firm, have moved to

withdraw as counsel on the ground that Sideman & Bancroft has not received any payment for

legal services in this case for over a year, other than a $5,000 payment in December 2011.

Defendant Lawrence Goldfarb, who is the managing member of defendant Baystar Capital

Management, LLC, does not oppose the motion (Dkt. No. 15-2).

      As stated at yesterday's motion hearing, defense counsel must stay in the case until

counsel is appointed. If it is determined that defendant Goldfarb genuinely qualifies for free

legal counsel, one possibility would be that Attorney Katz and/or his law firm would be

appointed as CJA counsel. Defense counsel will remain as counsel of record until, if ever, they

are released of their obligations by court order.

      **IT IS SO ORDERED.**

Dated: June 13, 2012.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE