MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE R. GOLDFARB and, ) <br> BAYSTAR CAPITAL MANAGEMENT ) <br> ) <br> Defendant. ) | No. CR 11-CR-0099-WHA <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME |

The parties appeared on June 12, 2012. At that hearing, the parties asked the case be continued to June 19, 2012 at 2:00 p.m.. The continuance was requested for the parties to appear before a magistrate judge to determine whether the defendant qualifies for court appointed counsel. The parties also stipulated that the court should exclude time from June 12, 2012, to June 19, 2012, in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel. (18 U.S.C. § 3161(h)(7)(ii) & (iv)). This case is complex because it involves complicated financial transactions conducted over a period of several years.

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: June 12, 2012           MELINDA HAAG
United States Attorney

<u>        S/        </u>
JONATHAN SCHMIDT
Assistant United States Attorney

Dated June 12, 2012           <u>        S/        </u>
STEVEN M KATZ
Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from June 12, 2012, to June 19, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

**IT IS SO ORDERED**

Dated: June 14, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

Stip & ~~Proposed~~ Order Excluding Time
CR 11-0099 WHA          2