1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LAWRENCE GOLDFARB and BAYSTAR
CAPITAL MANAGEMENT, LLC,

        Defendants.

_____/

No. CR 11-00099 WHA

**ORDER DENYING MOTION TO
WITHDRAW AS COUNSEL**

Defense counsel of record from the Sideman & Bancroft LLP, firm, have moved to
withdraw as counsel. The motion to withdraw as counsel is **DENIED**. The law firm of Sideman
& Bancroft, LLP, has ample resources to be able to handle this matter without prejudice to its
viability. The Court postponed ruling on the motion to withdraw until a hearing could be held
before a magistrate judge for purposes of appointing Attorney Steven Katz and his law firm as
possible CJA counsel, assuming their client, defendant Lawrence Goldfarb, qualified. At the
hearing before Magistrate Judge Bernard Zimmerman, however, a representative of the Sideman
& Bancroft firm stated that the firm did not want to continue to represent defendant Goldfarb in
any capacity. Therefore, Magistrate Judge Zimmerman declined to appoint the firm as CJA
counsel.

    When the law firm of Sideman & Bancroft took on the representation of defendant
Goldfarb, the firm was well aware that if it became counsel in the case there might come a day
when a judge would require Sideman & Bancroft to stay as counsel in the case, even if they had

to work for free, there being no automatic right to withdraw. Most firms in the position of Sideman & Bancroft would have obtained a retainer sum sufficient to cover expenses and fees. But evidently Sideman & Bancroft did not do so.

Given the place we are in, in the timeline of the case and the knowledge Sideman & Bancroft has of the facts and circumstances of the case, it would be a waste of resources for Sideman & Bancroft to step out of the case and require new counsel to step in. For these reasons, the motion to withdraw as counsel is **DENIED**.


**IT IS SO ORDERED.**


Dated:  June 18, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE