MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LAWRENCE R. GOLDFARB and, <br> BAYSTAR CAPITAL MANAGEMENT <br>     Defendant. | No. CR 11-CR-0099-WHA <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME |

The parties appeared on June 19, 2012. At that hearing, the following briefing schedule was set:

    July 10, 2012:        deadline to file motion

    July 31, 2012:        deadline to file opposition

    August 14, 2012:        deadline to file reply

    September 4, 2012 at 2 p.m.:  motion hearing

In addition the parties stipulated that the court should exclude time from June 19, 2012, to September 4, 2012, in calculating the time within which a trial must begin, on the grounds that the case is complex. (18 U.S.C. § 3161(h)(7)(ii) & (iv)). This case is complex because it

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

involves complicated financial transactions conducted over a period of several years.

SO STIPULATED

Dated: June 22, 2012    MELINDA HAAG
  United States Attorney

                        _____S/_____
                        JONATHAN SCHMIDT
                        Assistant United States Attorney

Dated  June 22, 2012    _____S/_____
                        STEVEN M KATZ
                        Attorney for Defendants

## ~~[Proposed]~~ ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from June 19, 2012, to September 4, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

**IT IS SO ORDERED**

Dated:  June 25, 2012.

                        _____
                        William Alsup
                        UNITED STATES DISTRICT JUDGE