**1** RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
**2** STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
**3** SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
**4** San Francisco, California 94111-3629
Telephone: (415) 392-1960
**5** Facsimile: (415) 392-0827

**6** Attorneys for Defendants
LAWRENCE R. GOLDFARB
**7** and BAYSTAR CAPITAL MANAGEMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:11-cr-00099 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
| v. | |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, | |
| Defendant. | |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

By Order dated June 25, 2012 (Docket No. 29), the Court set a briefing and hearing schedule for a motion in this case. The parties are presently engaged in plea negotiations and believe that a modification to the briefing schedule will improve the chance of a plea agreement being reached. Accordingly, the parties stipulate and request that the Court modify the briefing schedule so that the deadline to file a motion is modified from July 10 to July 17, 2012, and the deadline to file an opposition is modified from July 31 to August 7, 2012. The deadline to file a reply will remain at August 14, 2012, and the motion hearing will remain at September 4, 2012, if a hearing is necessary. Thus, if the Court approves this proposed new schedule, the only change will be that Defendants will submit their motion, if at all, one week later, but Defendants will have only one week for their Reply, instead of two weeks. The United States will have the same amount of time as currently contemplated to file its Opposition, and the Court will not have to alter the hearing date.

SO STIPULATED:

Dated: July 6, 2012

MELINDA HAAG
United States Attorney

*/s/ Richard J. Nelson*  
Richard J. Nelson  
Attorney for Defendants

*/s/ Jonathan Schmidt*  
Jonathan Schmidt  
Assistant United States Attorney

**GOOD CAUSE APPEARING,** and pursuant to the parties' stipulation, the briefing schedule for the motion in this case is modified so the deadline to file the motion is July 17, 2012 and the deadline to file an opposition is August 7, 2012.

**IT IS SO ORDERED**

DATED: July 9, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

1  
Case No. 3:11-cr-00099-WHA  
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Richard. J. Nelson, attest that concurrence in the filing of this document has been obtained.

Dated: July 6, 2012

By: */s/Richard J. Nelson*
Richard J. Nelson

6441-1\1503118v1