MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LAWRENCE R. GOLDFARB and, <br> BAYSTAR CAPITAL MANAGEMENT <br>     Defendant. | No. CR 11-CR-0099-WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

    The parties appeared on September 4, 2012. At that hearing, the Court set a further status date of September 18, 2012, and the parties stipulated that the court should exclude time from September 4, 2012, to September 18, 2012, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex. (18 U.S.C. § 3161(h)(7)(ii) & (iv)). This case is complex because it involves complicated financial transactions conducted over a period of several years.

//

//

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: September 5, 2012MELINDA HAAG
United States Attorney

_____S/_____
JONATHAN SCHMIDT
Assistant United States Attorney

Dated September 5, 2012_____S/_____
STEVEN M KATZ
Attorney for Defendants

## ~~[Proposed]~~ ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from September 4, 2012, to September 18, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

**IT IS SO ORDERED**

Dated: September 17, 2012._____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE