MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>LAWRENCE R. GOLDFARB and,<br>BAYSTAR CAPITAL MANAGEMENT<br>    Defendant. | No. CR 11-CR-0099-WHA<br><br>JOINT REQUEST FOR WAIVER OF DEFENDANTS' APPEARANCE AND [PROPOSED] ORDER |

The parties, are scheduled to appear before this Court on September 18, 2012, for status. At that hearing, the parties plan to set a trial date and jointly request, pursuant to Local Criminal Rule 11, that the Court refer the case to another Judge or Magistrate Judge to conduct a settlement conference.

Due to a health issue, the parties jointly request to waive the defendants' appearance at the September 18, 2012 hearing.

//

//

Status Statement.
CR 11-0099 WHA

| | | |
|---|---|---|
| Dated: September 13, 2012 | Respectfully submitted, | |
| | MELINDA HAAG<br>United States Attorney | |

<u>          /S/          </u>
JONATHAN SCHMIDT
Assistant United States Attorney

Dated  September 13, 2012           <u>     /S/          </u>
STEVEN M KATZ
Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the defendant appearance is waived for the September 18, 2012 hearing.

**IT IS SO ORDERED**

DATED:  September 17, 2012.

_____
WILLIAM H. ALSUP
United States District Judge