RICHARD J. NELSON (State Bar No. 141658)
*E-Mail: rnelson@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Defendants
LAWRENCE R. GOLDFARB
and BAYSTAR CAPITAL MANAGEMENT,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:11-cr-0099 WHA |
| Plaintiff, | **STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, | |
| Defendants. | |

The parties are scheduled to appear before this Court on December 4, 2012, for status. At the last status conference on September 18, 2012, and in a Stipulated Order dated October 10, 2012 (Docket 49), the parties advised the Court of a medical issue affecting Defendant Lawrence Goldfarb. Counsel for both parties have spoken to Mr. Goldfarb's treating doctor and confirmed that the medical issue persists and it is not recommended that Mr. Goldfarb attend the scheduled status conference on December 4, 2012. In addition, due to the medical issue, the parties will not be able to conduct a settlement conference, which the parties had intended to conduct on November 28, 2012, prior to the scheduled December 4, 2012 status conference, as ordered by the Court. The parties intend to file a status statement under seal describing Mr. Goldfarb's medical condition in more detail.

A new settlement conference is scheduled for January 3, 2013. In light of Mr. Goldfarb's medical issue, the parties respectfully request that the Court re-schedule the December 4, 2012 status conference to January 8, 2013 at 2:00 p.m., so as to allow the medical issue to be addressed and to allow the parties to conduct the settlement conference prior to the next status conference.

Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv), the parties ask the Court to exclude time under the Speedy Trial Act from December 4, 2012, to January 8, 2013, due to the complexity of the case and to allow for adequate preparation for pretrial proceedings and due to Mr. Godlfarb's medical issue.

STIPULATED:

 /s/ Steven M. Katz                        /s/ Jonathan Schmidt
Steven M. Katz                            Jonathan Schmidt
Sideman & Bancroft LLP                    Assistant United States Attorney
One Embarcadero Center, 8th Floor         450 Golden Gate Ave., Box 36055
San Francisco, CA 94111                   San Francisco, CA 94102
Tel: (415) 392-1960                       Tel: (415) 436-7200
Fax: (415) 392-0827                       Fax: (415) 436-7234
Email: skatz@sideman.com                  Email: jonathan.schmidt@usdoj.gov
Attorneys for Defendants                  Attorney for Plaintiff

**IT IS SO ORDERED**

DATED: <u>November 28</u>, 2012



WILLIAM H. ALSUP
United States District Judge

7617-1\1610281v1

1

Case No. 3:11-cr-0099 WHA

STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT