| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JONATHAN SCHMIDT (CABN 230646)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: schmidtjonathand@usdoj.gov |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-CR-0099-WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [P<span>ROPOSED</span>] ORDER |
| v. | ) | CONTINUING THE SETTLEMENT CONFERENCE |
| | ) | AND STATUS DATE |
| LAWRENCE R. GOLDFARB and,<br>BAYSTAR CAPITAL MANAGEMENT | ) | |
| Defendant. | ) | |

The case is currently scheduled for a settlement conference before Magistrate Judge Spero on January 3, 2013, and for a status hearing before this Court on January 8, 2013 at 2:00 p.m.. This Court initially referred the case for settlement conference on September 19, 2012. The date for a settlement conference and the follow-up status conference has been continued twice because of the defendants' health. Currently, counsel for the government has a scheduling conflict with the January 3, 2013, settlement conference date. Accordingly the parties ask to continue the settlement conference to January 15, 2013, and to continue the follow-up status conference to January 22, at 2:00 p.m..

Stip & ~~Proposed~~ Order re Continuing Dates
CR 11-0099 WHA

The Court has previously excluded time under the Speedy Trial Act until January 8, 2013. The parties also stipulate that the court should further exclude time from January 8, 2013 to January 22, 2013 in calculating the time within which a trial must begin, on the grounds that the case is complex and continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(ii) and (iv). This case is complex because it involves complicated financial transactions conducted over a period of several years.

SO STIPULATED

Dated: December 12, 2012
          MELINDA HAAG
          United States Attorney

          S/
          JONATHAN SCHMIDT
          Assistant United States Attorney

Dated  December 12, 2012
          S/
          STEVEN M KATZ
          Attorney for Defendants

**IT IS SO ORDERED**

Dated: December 12, 2012.
          WILLIAM ALSUP
          United States District Judge

*Judge William Alsup* (signature)

Stip & ~~Proposed~~ Order re Continuing Dates
CR 11-0099 WHA          2