1  RICHARD J. NELSON (State Bar No. 141658)
   *E-Mail:*      *rnelson@sideman.com*
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:      *skatz@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
5  Facsimile:    (415) 392-0827

6  Attorneys for Defendants
   LAWRENCE R. GOLDFARB
7  and BAYSTAR CAPITAL MANAGEMENT

8

9               **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13  UNITED STATES OF AMERICA,              Case No. 3:11-cr-0099 WHA

14              Plaintiff,                 **STIPULATED ORDER RESCHEDULING
                                           STATUS CONFERENCE AND
15        v.                               EXCLUDING TIME UNDER THE
                                           SPEEDY TRIAL ACT**
16  LAWRENCE R. GOLDFARB and
    BAYSTAR CAPITAL MANAGEMENT,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

The parties are scheduled to appear before this Court on January 22, 2013, for status. In a Stipulated Order filed November 28, 2012 (Docket 55) and a separate Status Statement filed under seal, the parties advised the Court of a medical issue affecting Defendant Lawrence Goldfarb. Mr. Goldfarb's medical issue persists and it is recommended that he not attend the scheduled status conference on January 22, 2013. In addition, due to the medical issue, the parties have not able to conduct a settlement conference, which the parties had intended to conduct prior to the status conference, as ordered by the Court. The parties are informed that the medical issue shall be resolved within 60 days, at which time Mr. Goldfarb will be available for this case to proceed.

In light of Mr. Goldfarb's medical issue, the parties respectfully request that the Court re-schedule the January 22, 2013 status conference to March 26, 2013 at 2:00 p.m., so as to allow the medical issue to be resolved and to allow the parties to conduct the settlement conference prior to the next status conference.

Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv), the parties ask the Court to exclude time under the Speedy Trial Act from January 8, 2013, to March 26, 2013, due to the complexity of the case and to allow for adequate preparation for pretrial proceedings and due to Mr. Godlfarb's medical issue.

STIPULATED:

/s/ Steven M. Katz
Steven M. Katz
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: (415) 392-1960
Fax: (415) 392-0827
Email: skatz@sideman.com
Attorneys for Defendants

/s/ Jonathan Schmidt
Jonathan Schmidt
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Tel: (415) 436-7200
Fax: (415) 436-7234
Email: jonathan.schmidt@usdoj.gov
Attorney for Plaintiff

**IT IS SO ORDERED**

DATED: January 16, 2013



WILLIAM H. ALSUP
United States District Judge