MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-CR-0099-WHA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| LAWRENCE R. GOLDFARB and, BAYSTAR CAPITAL MANAGEMENT | |
| Defendant. | |

    The parties appeared on March 26, 2013. At that hearing, the Court set a further status date of May 7, 2013, and the parties stipulated that the court should exclude time from March 26, 2013, to May 7, 2013, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex, the time is necessary for effective preparation and the defendant's medical issues (18 U.S.C. § 3161(h)(7)(B)(ii) & (iv)).

//

//

//

SO STIPULATED

Dated: April 9, 2013                                    MELINDA HAAG
                                                        United States Attorney


                                                        _____S/_____
                                                        JONATHAN SCHMIDT
                                                        Assistant United States Attorney


Dated  April 9, 2013                    _____S/_____
                                                        STEVEN M KATZ
                                                        Attorney for Defendants

                                ~~[Proposed]~~ ORDER

        GOOD CAUSE APPEARING, and per the parties' stipulation, the time from March 26,

2013, to May 7, 2013, is excluded in calculating the time within which a trial must begin, on the

grounds that the case is complex, the need for effective preparation and the defendant's health

(18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)).


**IT IS SO ORDERED**

DATED:  April 9, 2013.

                                        _____
                                        WILLIAM H. ALSUP
                                        United States District Judge