1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:    rnelson@sideman.com
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:    skatz@sideman.com
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, 22nd Floor
4  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
5  Facsimile:    (415) 392-0827

6  Attorneys for Defendants
   LAWRENCE R. GOLDFARB
7  and BAYSTAR CAPITAL MANAGEMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE R. GOLDFARB and<br>BAYSTAR CAPITAL MANAGEMENT,<br><br>　　　　　Defendant. | Case No. 3:11-cr-0099 WHA<br><br>**STIPULATED ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The parties are scheduled to appear before this Court on June 4, 2013, for status. The parties have previously advised the Court of a medical issue affecting Defendant Lawrence Goldfarb. The medical issue persists and Mr. Goldfarb will not be able to attend the scheduled status conference on June 4, 2013 as he will be receiving treatment during the weeks of June 3rd and June 10th. The parties believe that Mr. Goldfarb will be able to attend a hearing after June 14th. Accordingly, the parties respectfully request that the Court re-schedule the June 4, 2013, status conference to June 18, 2013 at 2:00 p.m., so as to allow Mr. Goldfarb to receive necessary medical treatment.

Further, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii), the parties ask the Court to exclude time under the Speedy Trial Act from June 4, 2013, to June 18, 2013, due to the complexity of the case and to allow for adequate preparation for pretrial proceedings and due to Mr. Goldfarb's medical issue.

STIPULATED:

/s/ Steven M. Katz
Steven M. Katz
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: (415) 392-1960
Fax: (415) 392-0827
Email: skatz@sideman.com
Attorneys for Defendants

/s/ Jonathan Schmidt
Jonathan Schmidt
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Tel: (415) 436-7200
Fax: (415) 436-7234
Email: jonathan.schmidt@usdoj.gov
Attorney for Plaintiff

**IT IS SO ORDERED**

DATED: May 28, 2013

_____
WILLIAM H. ALSUP
United States District Judge