MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE R. GOLDFARB and,<br>BAYSTAR CAPITAL MANAGEMENT<br><br>    Defendant. | No. CR 11-CR-0099-WHA<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME |

The parties appeared on June 18, 2013 for a status conference and for a hearing on the defense motion for substitution of counsel. On June 18, 2013, the Court set a further date of July 2, 2013 for a hearing on the defense motion. The parties stipulated that the court should exclude time from June 18, 2013 to July 2, 2013, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex, the pending motion, and the need for continuity of counsel. (18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(ii) & (iv)).

//

//

Stip & Proposed Order Excluding Time
CR 11-0099 WHA

SO STIPULATED

Dated: June 26, 2013  MELINDA HAAG
United States Attorney

                           S/
JONATHAN SCHMIDT
Assistant United States Attorney

Dated June 26, 2013                             S/
STEVEN M KATZ
Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from June 18, 2013, to July 2, 2013, is excluded in calculating the time within which a trial must begin. This exclusion is appropriate, because of the complexity of the case, the pending motion, and the need for continuity of counsel ((18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(ii) & (iv)).

**IT IS SO ORDERED**

DATED: July 1, 2013.

WILLIAM H. ALSUP
United States District Judge