IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LAWRENCE R. GOLDFARB and
BAYSTAR CAPITAL MANAGEMENT,

    Defendants.

No. CR 11-00099 WHA

**ORDER RE OCTOBER 29 HEARING**

    Recognizing that defendant Lawrence R. Goldfarb himself will not be present, the hearing tomorrow will go forward and will be limited to the question of whether the Court should appoint an additional lawyer to represent defendants. In connection with this question, counsel shall please determine whether Martha Boersch is available. Furthermore, this matter will be called at the end of the calendar.

**IT IS SO ORDERED.**

Dated: October 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE